```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 16-02442-MDF
Darren W. Weigel                                                        Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-1           User: TWilson                Page 1 of 1              Date Rcvd: Jul 19, 2016
                               Form ID: ntcnfhrg            Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2016.
db             +Darren W. Weigel,    900 Chestnut Street,    Delta, PA 17314-8102
4799173       ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bk Of Amer,    Po Box 982238,   El Paso, TX 79998)
4799175       ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court:  Capital One Bank Usa N,    15000 Capital One Dr,
                  Richmond, VA 23238)
4811861        Capital One Bank (USA), N.A.,     PO Box 71083,   Charlotte, NC 28272-1083
4799176        +Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
4799177        +Chase Card,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
4799179        +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
4799182         Law Offices of Hayt, Hayt & Landau,    123 South Broad Street,    Suite 1660,
                  Philadelphia, PA 19109-1003
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4799181        +E-mail/Text: mrdiscen@discover.com Jul 19 2016 19:16:27       Discover Fin Svcs Llc,
                  Po Box 15316,   Wilmington, DE 19850-5316
4799183         E-mail/Text: camanagement@mtb.com Jul 19 2016 19:16:40       M & T Bank,   1 Fountain Plz,
                  Buffalo, NY 14203
4808493         E-mail/Text: camanagement@mtb.com Jul 19 2016 19:16:40       M&T Bank,   P.O. Box 840,
                  Buffalo, NY 14240-0840
4799180         E-mail/Text: creditreconciliation@peoples.com Jul 19 2016 19:16:51       Citizens Bank,
                  1000 Lafayette Blvd,   Bridgeport, CT 06604
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4799174*      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bk Of Amer,    Po Box 982238,   El Paso, TX 79998)
4799178*       +Chase Card,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
                                                                                     TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2016                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor Darren W. Weigel pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Darren W. Weigel<br>Debtor(s) | Chapter 13<br>Case No. 1:16−bk−02442−MDF |

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**August 17, 2016** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: August 24, 2016<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: TWilson |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 19, 2016 |