In re:                                                      Case No. 16-02442-HWV
Darren W. Weigel                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: REshelman    Page 1 of 1    Date Rcvd: Jun 18, 2019
                    Form ID: 3180W    Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.
```
db              +Darren W. Weigel,    900 Chestnut Street,    Delta, PA 17314-8102
4842243         +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4799176         +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
4799182          Law Offices of Hayt, Hayt & Landau,    123 South Broad Street,    Suite 1660,
                  Philadelphia, PA 19109-1003
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4799173              EDI: BANKAMER.COM Jun 18 2019 23:33:00      Bk Of Amer,    Po Box 982238,    El Paso, TX 79998
4799175              EDI: CAPITALONE.COM Jun 18 2019 23:33:00      Capital One Bank Usa N,    15000 Capital One Dr,
                      Richmond, VA 23238
4811861              EDI: CAPITALONE.COM Jun 18 2019 23:33:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                      Charlotte, NC  28272-1083
4799177             +EDI: CHASE.COM Jun 18 2019 23:33:00      Chase Card,    201 N. Walnut St//De1-1027,
                      Wilmington, DE 19801-2920
4799179             +EDI: CITICORP.COM Jun 18 2019 23:33:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
4799181             +EDI: DISCOVER.COM Jun 18 2019 23:33:00      Discover Fin Svcs Llc,    Po Box 15316,
                      Wilmington, DE 19850-5316
4824769              EDI: RESURGENT.COM Jun 18 2019 23:33:00      LVNV Funding, LLC its successors and assigns as,
                      assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                      Greenville, SC 29603-0587
4799183              E-mail/Text: camanagement@mtb.com Jun 18 2019 19:44:56      M & T Bank,    1 Fountain Plz,
                      Buffalo, NY 14203
4808493              E-mail/Text: camanagement@mtb.com Jun 18 2019 19:44:56      M&T Bank,    P.O. Box 840,
                      Buffalo, NY 14240-0840
4799180              E-mail/Text: creditreconciliation@peoples.com Jun 18 2019 19:45:15      Citizens Bank,
                      1000 Lafayette Blvd,    Bridgeport, CT 06604
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4799174*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
4799178*       +Chase Card,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              John F Goryl     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Joshua I Goldman     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles     on behalf of Debtor 1 Darren W. Weigel pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Thomas I Puleo     on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Darren W. Weigel** | Social Security number or ITIN xxx–xx–8491 |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | 1:16–bk–02442–HWV | |

# Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Darren W. Weigel

**By the court:**

6/18/19

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: REshelman, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                                **Chapter 13 Discharge**                                page 1

Case 1:16-bk-02442-HWV    Doc 32    Filed 06/20/19    Entered 06/21/19 00:48:01    Desc
Imaged Certificate of Notice    Page 2 of 3

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2

Case 1:16-bk-02442-HWV    Doc 32    Filed 06/20/19    Entered 06/21/19 00:48:01    Desc
Imaged Certificate of Notice    Page 3 of 3