```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

```
In re:                                              Case No. 16-02442-HWV
Darren W. Weigel                                    Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1        User: CourtneyG        Page 1 of 1       Date Rcvd: Aug 14, 2019
                            Form ID: fnldec        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2019.
db            +Darren W. Weigel,    900 Chestnut Street,    Delta, PA 17314-8102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
          John F Goryl    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Paul Donald Murphy-Ahles    on behalf of Debtor 1 Darren W. Weigel pmurphy@dplglaw.com,
           kgreene@dplglaw.com
          Thomas I Puleo    on behalf of Creditor   M&T Bank tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                        TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Darren W. Weigel,
        **Debtor 1**

Chapter      13

Case No.      1:16–bk–02442–HWV

Social Security No.:
                xxx–xx–8491

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: August 14, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: CourtneyGabriel, Deputy Clerk

**fnldec** (05/18)